IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BEATRICE SPROAT-AUGUSTIRO; KALAUPAPA RARE ADVENTURE, LLC, <br><br>    Plaintiffs, <br><br>   vs. <br><br> LUCILLE MEYER, Treasurer/CFO, R.W. Meyer Ltd., PAUL MEYER, Treasurer/CFO, Miala Inc.; R.W. MEYER LIMITED; MIALA INC.; Any and everyone associated with Defendants, DOES, ROES, and MOES 1-100 et al. <br><br>    Defendants. | CV 17-00304 HG-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 7)

Findings and Recommendation having been filed and served on all parties on July 13, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation to Remand This Action (ECF No. 7) are adopted as the opinion and order of

this Court.

    IT IS SO ORDERED.

    Dated: August 10, 2017, Honolulu, Hawaii.



    _____
    Helen Gillmor
    United States District Judge